IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. LEDFORD, individually and as Trustee of
DOS MILAGROS TRUST II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2010.**

    The United States' Unopposed Motion to Appear Telephonically [filed August 18, 2010; docket #19] is **granted**.[1] Counsel for Plaintiff may appear by telephone at the Scheduling Conference on September 9, 2010, at 9:15 a.m. by contacting my Chambers at (303) 844-4507 at the appointed time.

---

[1] As set forth in this Court's June 21, 2010 order, the parties are reminded that lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone by simply contacting my Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone.