IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES W. LEDFORD, individually and as trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

      Defendants,

PACHECO FAMILY TRUST,

      Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 14, 2011.**

      United States' Unopposed Motion for Relief from Settlement Authority Requirement [filed February 11, 2011; docket #42] is **granted**. The United States shall ensure that the Section Chief, the person with full authority, is available by telephone throughout the entirety of the settlement conference scheduled for February 28, 2011 in this case.