IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHARLES W. LEDFORD, individually and as trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

     Defendants,

PACHECO FAMILY TRUST,

     Third Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2011.**

     The Joint, Unopposed Motion to Vacate Settlement Conference [filed February 24, 2011; docket #52] is **granted**. The Settlement Conference scheduled for February 28, 2011, is hereby **vacated**. Plaintiff and Defendants Ted Phillips and Carol Phillips represent that a settlement has been reached between these parties and is pending between Ted Phillips and Carol Phillips and the Pacheco Family Trust. Dismissal papers related to these two settlements shall be filed on or before **March 31, 2011**.

     Should Plaintiff and the remaining Defendants believe a settlement conference would be useful at some future point in this litigation, they are welcome to conference together and call Chambers at (303) 844-4507 to discuss available dates.