IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES W. LEDFORD, individually and as trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

      Defendants,

PACHECO FAMILY TRUST,

      Third Party Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2011.**

Defendants Charles Ledford and Loraine Ledford's "Motion for Leave of Court to File Attached Motion Out-of-Time" [filed March 29, 2011; docket #65] is **granted** as follows.

Defendants Charles Ledford and Loraine Ledford's "Motion to Compel the Commissioner of Internal Revenue and United States of America to Grant Due Process before Foreclosure of Existing Tax Liens and Sale of Listed Properties" [filed March 29, 2011; docket #66] is **denied without prejudice**. The Court is unclear as to what relief these Defendants are seeking.[1] A motion to compel is used to compel the production of discovery (*see* Fed. R. Civ. P. 37); however, it appears to the Court that these two Defendants are seeking some form of injunctive relief. A motion to compel is an inappropriate vehicle for such request.

---

[1] "Motions, responses, and replies shall be concise. A verbose, redundant, ungrammatical, or unintelligible motion, response, or reply may be stricken or returned for revision, and its filing may be grounds for imposing sanctions." D.C. Colo. LCivR 7.1H.