IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES W. LEDFORD, individually and as trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

      Defendants,

PACHECO FAMILY TRUST,

      Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2011.**

      Plaintiff United States' Unopposed Motion to Vacate Pre-Trial Conference [filed April 21, 2011; docket #77] is **granted**. The Final Pretrial Conference scheduled for May 9, 2011, is hereby **vacated**. The Court will reset a final pretrial conference, if necessary, after issuing its recommendation on the pending motion for summary judgment (docket #56).