IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. LEDFORD, individually and as trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

    Defendants,

PACHECO FAMILY TRUST,

    Third Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

    Defendants Charles Ledford and Loraine Ledford's Motion for Leave to Amend Motion Filed Out-of-Time [filed April 12, 2011; docket #72] is **denied as moot**. The Court has for its consideration Plaintiff's motion for summary judgment at docket #56, Defendants' amended response at docket #74 (sealed at docket #73), and Plaintiff's reply at docket #79.