IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. LEDFORD, individually and as Trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II,
TED PHILLIPS,
CAROL PHILLIPS, and
PARK STATE BANK & TRUST,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court upon the Joint Motion to Dismiss Defendants Ted and Carol Phillips [Docket No. 67]. The parties advise the Court that they have resolved the United States' claims against Ted and Carol Phillips by settlement and seek dismissal of them as defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Phillips defendants have also stipulated to the dismissal [Docket No. 68] of their third party complaint, *see* Docket No. 8 at 14-15, against the Pacheco Family Trust. However, the Phillips defendants have not dismissed their cross-claims against Charles and Lorraine Ledford and the Dos Milagros Trust. *See* Docket No. 8 at 12-14 (stating cross-claim for breach of warranty deed). Therefore, the Court requires

additional briefing on the status of the Phillips defendants' cross-claims and the alignment of the parties in this case.  Accordingly, it is

**ORDERED** that the Joint Motion to Dismiss Defendants Ted and Carol Phillips [Docket No. 67] is **GRANTED**.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims of plaintiff United States of America against defendants Ted Phillips and Carol Phillips are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that, on or before **May 27, 2011**, Ted and Carol Phillips shall submit a brief to the Court addressing whether the Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over their state law cross-claim against Charles and Lorraine Ledford and the Dos Milagros Trust.  The brief shall also address the parties' current alignment in this case and whether any further procedures are necessary for Ted and Carol Phillips to remain in the case and pursue their claim against the remaining defendants.

DATED May 13, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge