IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01351-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. LEDFORD, individually and as Trustee of Dos Milagros Trust II,
LORAINE LEDFORD,
DOS MILAGROS TRUST II, and
PARK STATE BANK & TRUST,

    Defendants.

---

## ORDER

---

    This matter is before the Court on the Objection to Order of Sale [Docket No. 101] and the Motion for Order to Dismiss Debt [Docket No. 113] filed by defendants Charles W. Ledford and Loraine Ledford ("defendants").

    In July 2007, the United States initiated a related lawsuit, *United States v. Charles Ledford, et al.*, Civil Action No. 07-cv-01568-WYD-KMT, to reduce federal tax assessments against the Ledfords to judgments and to foreclose on federal tax liens. The Ledfords' tax liens arose out of assessments for unpaid income taxes between 1983 and 2002. On March 11, 2010, judgment entered against the Ledfords in the related lawsuit for an amount exceeding $4 million. *See* Civil Action No. 07-cv-01568-WYD-KMT [Docket No. 107, amended by Docket No. 114].

    On June 10, 2010, the United States initiated this case seeking to foreclose federal tax liens arising out of the judgment in the related case. Docket No. 1. On

March 30, 2012, the Court entered summary judgment [Docket No. 91] in favor of plaintiff and foreclosed the United States' tax liens on real property located at 168 Fetlock Circle, Florissant, Colorado ("the Residence").

On May 30, 2012, the Ledfords filed motions to remove the liens and judgments encumbering the Residence. Docket Nos. 95, 96. In those motions, defendants claimed that they had delivered a check to the Clerk of the Court in the amount of $5,978,973.00 from a bank account in the name of George T. Brokaw and Debra Brokaw in satisfaction of the judgment entered against them in the related case. *See* Docket No. 95 at 8; Docket No. 96 at 10. On February 6, 2013, the Court denied defendants' motions on the grounds that the Ledfords had presented no evidence about the validity of the check and a representative from the Internal Revenue Service testified that defendants' debt remained outstanding. Docket No. 100 at 3.

In the present motions, defendants claim that they have provided a promissory note in the amount of $7,777,777.77 to satisfy the judgment entered against them. Docket No. 113 at 7. Additionally, defendants argue that the check mailed to the Clerk of the Court, Docket No. 95 at 5, satisfies their debt obligations and that their debt is now discharged because the Clerk of the Court has not returned the check.[1] Docket No. 101 at 7.

Despite defendants' protestations to the contrary, defendants provide no evidence in support of their proposition that they have satisfied the terms of the judgment entered against them in Civil Action No. 07-cv-01568-WYD-KMT. Defendants

---

[1] Because the Residence has already been sold, Docket No. 115, the Court will deny the Ledfords' request to enjoin the sale of the property as moot.

2

have not shown that the check they sent to the Clerk of the Court on April 26, 2012 is valid.  Docket No. 100 at 3.  Similarly, there is no support for defendants' claim that the promissory note attached to their motion may be deposited in the registry of the Court to satisfy the judgment.  Accordingly, the Court will deny defendants' motions because the judgment entered against them remains outstanding.

For the foregoing reasons, it is

**ORDERED** that defendants' Objection to Order with Moiton [sic] to Reconsider, and, Motion for Injunction to Stay the Order of Sale, and Settlement Proposal [Docket No. 101] is **DENIED**.  It is further

**ORDERED** that defendants' Motion for Order to Dismiss Debt, Obligation and Liability, and Tender for Lack of Sufficiency for Set-Off [Docket No. 113] is **DENIED**.

DATED June 20, 2013.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge